IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERENCE LEE STOKES,

    Plaintiff,

vs.                                              No. 04-3030-Ml/An

SHELBY COUNTY, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Terence Lee Stokes, RNI number 82519, who was, at the time he commenced this action, an inmate at the Shelby County Detention Center in Memphis, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 7, 2004. The Court issued an order on May 6, 2005, directing the Plaintiff, within thirty days, to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or pay the $150 civil filing fee. The Plaintiff's copy of this order was returned by the post office on June 1, 2005, with a notation that the Plaintiff had been discharged. The Plaintiff has not supplied the Clerk with a forwarding address, and the TDOC website indicates the Plaintiff is not currently incarcerated in a TDOC facility.

Because the Plaintiff has not provided the Clerk with a forwarding address, there appears to be no way to communicate with him. It is the most basic responsibility of a litigant to keep the Court informed concerning his whereabouts. Accordingly, this action is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05

DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this __23__ day of June, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03030 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Terence Lee Stokes
SHELBY COUNTY CORRECTIONAL COMPLEX
82519
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT