# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION



| | |
|---|---|
| TERENCE LEE STOKES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SHELBY COUNTY, et al., | CASE NO: 04-3030 Ml/An |
| Defendants. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal entered June 23, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 23, 2005
DATE

_____
THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-03030 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Terence Lee Stokes
SHELBY COUNTY CORRECTIONAL COMPLEX
82519
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT